IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ransom & Randolph Company,  Case No. 3:06CV2710

    Plaintiff

v.  ORDER

Local 12, Int'l Union, U.A.W., etc.,

    Defendant

This case arises from an arbitration conducted under a collective bargaining agreement. The employer seeks to vacate the award.

Pending is a motion by individual members of the defendant union for leave to intervene. The gravamen of their request is that they are real parties in interest, in view of the financial benefit that they will obtain if the arbitration award is upheld.

Plaintiff company opposes the motion. It contends that individuals are without standing to participate in arbitration proceedings under the collective bargaining agreement. In response, the union points to the financial stake of the individuals, and their circumstance as "affected parties."

Plaintiff does not contend that any delay or prejudice will result if the intervention is allowed. Given the financial stake of the proposed additional parties, I agree that it is appropriate to allow permissive intervention under Fed. R. Civ. P. 24(b).

It is, therefore,

ORDERED THAT motion for intervention be, and the same hereby is granted.

So ordered.

                                                                        <u>s/James G. Carr</u>
                                                                         James G. Carr
                                                                         Chief Judge